# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SIMMONS, | Case No. ED CV 16-01503 MWF (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: July 26, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE